UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, _____ This document relates to: Ruby Clark v. Wyeth, No. 3-cv-3542. | MDL NO. 1407 ORDER GRANTING JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE |

    The parties have jointly submitted a motion to extend the case-specific fact discovery deadline in the above-referenced matter by six months to January 26, 2006. The parties assert that the extension is necessary because: (1) third-party medical providers have not yet produced requested medical records; (2) plaintiff's counsel was unable to contact him for a number of weeks; and (3) the January 26, 2006 deadline would coincide with the deadline in plaintiff's wife's PPA case which would promote

ORDER
Page - 1 -

judicial efficiency.[1] The court having considered the motion hereby finds and rules as follows:

The court is not persuaded that a six month extension to the discovery deadline is necessary. The fact that a January 26, 2006 discovery deadline would coincide with the deadline in the plaintiff's wife's case does not justify delaying the present case by six months. Nor does the fact that plaintiff's counsel was unable to locate plaintiff for a number of weeks. It is counsel's responsibility to keep track of his/her client and the client's responsibility to stay in contact with his/her attorney. Finally, the court understands that Wyeth has attempted to collect plaintiff's medical records from third-party providers for over a year. When Wyeth realized that the third-party providers were not cooperating with it, it should have employed the legal means afforded it by the Federal Rules of Civil Procedure to compel production of the records. The court suggests that Wyeth commence such action immediately because, while the court will extend the current deadline by three months, it will not grant any future extension requests.

Based on the foregoing, the court hereby GRANTS the joint motion to extend the case-specific fact discovery deadline. The deadline is hereby extended by three months to and including

---

[1] Plaintiff's wife has also filed suit against Wyeth alleging injury related to the ingestion of PPA.

ORDER
Page - 2 -

October 28, 2005.

    DATED at Seattle, Washington this 28th day of June, 2005.

                        */s/ Barbara J. Rothstein*
                        BARBARA JACOBS ROTHSTEIN
                        UNITED STATES DISTRICT COURT
                        JUDGE